JOHN W. SHUMWAY AND ANOTHER, EXECUTORS, ETC., OF ISAAC SHUMWAY, DECEASED, RESPONDENTS, *v.* HARVEY L. HARMON AND OTHERS, APPELLANTS.

*Will — when real estate regarded as personalty — when executor entitled to rents.*

Plaintiffs' testator, by his will, directed that his son should work his farm on shares for one and a half years after his decease, at the expiration of which time his said farm and personal property should be sold by his executors, and the proceeds divided among his children. *Held* (1), that upon the expiration of the year and a half it was the duty of the executors to sell the real and personal

estate of the testator, and convert the same into money; (2), that as equity regarded that as done which ought to have been done, the said real and personal estate must be regarded as converted into money, and to have become personal estate in their hands at the expiration of that time, and that thereafter the rents and profits of the said farm became part of the trust fund to be distributed by the executors, and that they were entitled to recover the same. *Moncrief* v. *Ross* (50 N. Y., 431) followed.

APPEAL from a judgment in favor of the plaintiffs, entered upon the report of a referee.

*H. L. Comstock*, for the appellants.

*E. G. Lapham*, for the respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment affirmed.